**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6118

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT LOUIS PONZINI,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:02-cr-00423-JRS)

Submitted:  June 16, 2006                  Decided:  June 30, 2006

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Louis Ponzini, Appellant Pro Se.  Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Louis Ponzini appeals the district court's order denying Ponzini's 28 U.S.C. § 3742 (2000) motion for want of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See United States v. Ponzini, No. 3:02-cr-00423-JRS (E.D. Va. Dec. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -